**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 96-30240

(Summary Calendar)
_____

LEAVORDA SMALLEY,

Plaintiff-Appellant,

versus

RICHARD L STALDER, Warden; JOHN P WHITLEY,
WARDEN, LOUISIANA STATE PENITENTIARY; DORA
RABALAIS; MARK D B, Supervisor, also known as
Unknown Oliver; STANLEY SCALES, Sgt, also
known as Unknown Scales, (C-Team Officer),

Defendants-Appellees.

_____

Appeal from the United States District Court
For the Middle District of Louisiana
(95-CV-2)

_____

September 18, 1996

Before DAVIS, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

Leavorda Smalley appeals the district court's orders granting

summary judgment in favor of Richard Stalder, John Whitley, Dora

Rabalais, Mark Olivier, and Stanley Scales.  In light of the

_____

        [*]    Pursuant to Local Rule 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in Local Rule 47.5.4.

reasoning adopted by the district court in granting summary judgment in favor of Stalder, Whitley, and Rabalais, s*ee Smalley v. Stadler et al.,* No. 95-2-A (M.D. La. Jan. 18, 1996), and Scales and Oliver, *see Smalley v. Stadler, et al.,* No. 95-2-A (M.D. La. Feb. 27, 1996), we AFFIRM.